UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 6:25-cr-100-RBD-RMN
18 U.S.C. § 371

JAMES FEDNOR MERISTIN

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Conspiracy to Defraud the United States)

At times material to this Information:

#### Introduction

1. The defendant owned and operated a tax return preparation business, known as Kings and Queens Multi Services ("KQM"), along with one or more co-conspirators, with offices in the Middle District of Florida.

2. Tax preparers at KQM included, among others, the defendant, a business associate of the defendant ("Co-conspirator 1"), and other co-conspirators.

3. The Internal Revenue Service ("IRS") was an agency of the U.S. Department of Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

4. The IRS Schedule A, Itemized Deductions ("Schedule A") was a form that could be attached to or included with a U.S. Individual Income Tax return to claim deductions from one's income.

5. The IRS Schedule C, Profit or Loss from Business ("Schedule C") was a form that could be attached to or included with a U.S. Individual Income Tax return to claim income or loss for a sole proprietorship business.

6. The IRS Schedule H, Household Employment Taxes ("Schedule H") was a form that could be attached to or included with a U.S. Individual Income Tax return to, among other things, claim credits for sick and family leave ("SFL").

7. The IRS Form 7202, Credits for Sick Leave and Family Leave for Certain Self-Employed Individuals ("Form 7202") was a form that could be attached to or included with a U.S. Individual Income Tax return for self-employed persons to claim SFL credits for COVID-related illness.

8. The IRS Form 2441, Child and Dependent Care Expenses ("Form 2441") was a form that could be attached to or included with a U.S. Individual Tax return to claim credits for childcare expenses ("CC credits").

9. The IRS Form 8834, Qualified Electric Vehicle Credit ("Form 8834") was a form that could be attached to or included with a U.S. Individual Tax return to claim credits available for qualified electric vehicles ("EV credits").

### The Conspiracy to Defraud the United States

10. From at least in or about November 2021, and continuing through at least in or about May 2023, in the Middle District of Florida, and elsewhere, the defendant,

### JAMES FEDNOR MERISTIN,

did knowingly and willfully combine, conspire, confederate, and agree with one or more other persons to defraud the United States for the purpose of impeding, impairing,

obstructing, and defeating the lawful government functions of the IRS in the ascertainment, computation, assessment, and collection of federal income taxes.

## Overview of the Conspiracy

11. The defendant and his co-conspirators promoted and executed a scheme to unlawfully enrich themselves and others by making false claims to the IRS for tax refunds.

12. In furtherance of the conspiracy, the defendant established KQM and, along with Co-conspirator 1 and other co-conspirators, advertised or otherwise made available KQM's tax preparation services to taxpayers.

13. To execute the scheme, the defendant and his co-conspirators prepared and filed, and caused to be prepared and filed, false and fraudulent tax forms, including U.S. Individual Income Tax returns ("Forms 1040"), Schedule C forms, and Forms 7202, as well as Forms 2441, Schedule H forms, Schedule A forms, and Forms 8834. These false filings were generally designed to maximize taxpayer refunds by, among other things, manipulating business income and expenses and fabricating taxpayer eligibility for credits for which they would not have otherwise qualified.

14. As a result of these false filings, the defendant and his co-conspirators obtained refunds for taxpayers that were well in excess of the refunds to which the taxpayers were entitled. Because of the excessive tax refunds the defendant and his co-conspirators were able to generate for their taxpayer clients, they were in turn able to charge and receive exorbitant fees for the preparation of returns.

## Manner and Means of the Conspiracy

15. The manner and means by which the defendant and his co-conspirators sought to accomplish the objects of the conspiracy included, among other things, the following:

16. It was part of the conspiracy that the defendant and his co-conspirators would and did prepare and file, and cause to be prepared and filed, on behalf of taxpayers, fraudulent forms and schedules, including:

   a. Schedule C forms that included, among other false items, fabricated businesses, false business income, and false business expenses;

   b. Forms 7207 that included, among other false items, fabricated self-employment earnings and COVID-related sick days, and thus fraudulent SFL credits;

   c. Forms 2441 that claimed, among other false items, fabricated CC credits;

   d. Schedule H forms that included, among other false items, fabricated SFL credits;

   e. Schedule A forms that included, among other false items, fabricated expenses and deductions; and

   f. Forms 8834 that claimed false EV credits.

17. It was further part of the conspiracy that the defendant and his co-conspirators regularly prepared and filed the above-mentioned false items without

4

inquiring of, or otherwise receiving any information or support for these items from, the taxpayer.

18. It was further part of the conspiracy that the defendant and his co-conspirators charged fees to KQM taxpayer clients to prepare and file the fraudulent tax returns, which fees ranged in value but regularly amounted to thousands of dollars, including as high as $20,000, for a single return.

19. It was further part of the conspiracy that the defendant and his co-conspirators shared one or more electronic filing identifications numbers.

20. It was further part of the conspiracy that the defendant and his co-conspirators shared a false preparer tax identification number for tax year 2022.

21. It was further part of the conspiracy that the members of the conspiracy would and did perform acts and make statements to hide and conceal, and cause to be hidden and concealed, the purpose of the conspiracy and acts committed in furtherance thereof.

### Overt Acts

22. On or about the dates set forth below, in the Middle District of Florida, and elsewhere, in furtherance of the conspiracy, and to achieve the objects thereof, at least one of the conspirators prepared and filed, and caused to be prepared and filed with the IRS, Forms 1040, which were false in that they reported false items in the Form 1040 and/or on Schedule C, Form 7202, Form 2441, Schedule H, Schedule A,

and/or Form 8834, each such filing constituting a separate overt act:

| Overt Act | Approximate Date Filed | Taxpayer | Tax Preparer | Tax year | False Amounts |
|---|---|---|---|---|---|
| i. | 1/31/22 | AV | Defendant | 2021 | $16,095 (Sch. C)<br>$32,220 (SFL credit) |
| ii. | 2/8/22 | SP; LF | Defendant | 2021 | $46,998 (Sch. C)<br>$64,440 (SFL credit) |
| iii. | 2/14/22 | MB; HA | Defendant | 2021 | $39,255 (Sch. C)<br>$63,820 (SFL credit) |
| iv. | 2/19/22 | LB | Defendant | 2021 | $4,000 (CCC) |
| v. | 2/19/22 | TM | Defendant | 2021 | $21,361 (Sch. C)<br>$32,220 (SFL credit)<br>$69,691 (Sch. A) |
| vi. | 2/19/22 | MO; JA | Defendant | 2021 | $43,624 (Sch. C)<br>$64,100 (SFL credit) |
| vii. | 2/28/22 | XD; SW | Defendant | 2021 | $49,096 (Sch. C)<br>$62,920 (SFL credit)<br>$86,468 (Sch. A) |
| viii. | 2/28/22 | AR | Defendant | 2021 | $14,839 (Sch. C)<br>$31,460 (SFL credit)<br>$4,000 (CCC) |
| ix. | 4/4/22 | VR | Defendant | 2021 | $13,906 (Sch. C)<br>$31,420 (SFL credit) |
| x. | 6/7/22 | JM; BJ | Defendant | 2021 | $38,000 (Sch. C)<br>$62,540 (SFL credit)<br>$8,000 (CCC) |
| xi. | 1/26/23 | JM; BJ | Defendant | 2022 | ($20,893) (Sch. C)<br>$51,209 (SFL credit) |
| xii. | 1/26/23 | JO | Defendant | 2022 | $24,285 (Sch. C)<br>$25,878 (SFL credit) |

6

| | | | | | |
|---|---|---|---|---|---|
| xiii. | 4/17/23 | BG | Co-conspirator 1 | 2022 | $2,525 (EV credit) |

In violation of 18 U.S.C. § 371.

GREGORY W. KEHOE
United States Attorney

By: *[signature]*
Robert D. Sowell
Assistant United States Attorney

By: *[signature]*
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division